In the Matter of ROBERT S. FIELS et al., Appellants, against PAUL F. BURKE, as Commissioner, Respondent.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SOKOL, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1960 Term; appellant's briefs to be filed and served on or before August 10, 1960; respondent's brief to be filed on or before August 26, 1960 if appeal to be argued at September Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers and typewritten briefs granted upon court's own motion, and upon reargument, motion granted and Robert E. Switzer, Esq., of Buffalo, assigned as attorney to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers and typewritten briefs granted upon court's own motion, and upon reargument, motion granted, and time for argument of appeal enlarged to include September 1960 Term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DE WITT R. LEE, Appellant.— Appeal dismissed for failure to comply with previous order.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES HUMBERT, Appellant.— Motion to dismiss appeal denied. Reargument of motion to prosecute appeal on original papers and typewritten briefs granted upon court's own motion, and upon reargument, motion granted, Ferdinand F. Bartolo, Jr., Esq., of Buffalo, assigned as attorney to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES OVERBY, Appellant.— Motion to dismiss appeal denied. Appellant's cross motion granted and time for filing and serving records and briefs on appeal enlarged to August 1, 1960. Respondent's brief must be filed on or before August 26, 1960 if appeal is to be argued at September 1960 Term.